1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEANOR SOLO

      Plaintiff,

      v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration

      Defendant.    /

Civil No.: 1: 05 AT 484

ORDER

      This court, after examining plaintiff's affidavit, hereby grants plaintiff's motion to proceed with this action in forma pauperis pursuant to 28 U.S.C. & 1915(a)(1). **The clerk of court is directed to close this miscellaneous case, open a civil case file, and serve a copy of this order on the U.S. Marshal.** The parties shall refer to this case hereafter by the civil case number. Based on this determination, the United States Marshal is directed to serve all process without prepayment of costs not later than sixty (60) days from the effective date of this order.

      The United States Marshal is HEREBY ORDERED TO SERVE defendant United States By delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and to send a copy of the summons and complaint by registered or certified

˘ 1 ˘

1  mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security
2  Blvd., Room 611, Altmeyer Bldg., Baltimore, MD, 21235. See Fed. R. Civ. P. 4(i)(1)(A) & (B).
3  The marshal shall also send a copy of the summons and complaint by registered or certified mail
4  to the Commissioner of Social Security, 350 Independence Avenue, Washington, D.C. See Fed.
5  R. Civ. Pr. 4(i)(2).
6      Plaintiff should note that the determination that plaintiff may proceed in forma pauperis
7  does not complete the threshold inquiry required of the district court.  The court is also directed
8  pursuant to 28 U.S.C. & 1915(e)(2) to determine that the action is of legal substance and,
9  therefore, not frivolous or malicious.  As the record in this action now stands, however, this
10 determination cannot be made. The court therefore reserves the action until the record is
11 sufficiently developed to support the directed inquiry.
12     Plaintiff has provided the court with copies of the complaint. **The Clerk of court is**
13 **directed to provide the Marshal with the submitted documentation necessary to effect**
14 **service of process.**
15     IT IS SO ORDERED.
16 DATED:      April 29, 2005

              /s/ Dennis L. Beck
              UNITED STATES MAGISTRATE JUDGE

- 2 -